O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDEN INVESTMENT TRUST,<br><br>                Plaintiff,<br>     v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; U.S. BANK NATIONAL ASSOCIATION; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; WELLS FARGO BANK, N.A.; BROOKS AMERICAN MORTGAGE CORPORATION; LSI; AMERICA'S SERVICING CORPORATION; NDEX WEST LLC; and DOES 1–250, inclusive,<br><br>                Defendants. | Case No. 2:11-cv-06582-ODW(JEMx)<br><br>**AMENDED ORDER GRANTING MOTION TO EXPUNGE LIS PENDENS [15]** |

       On February 2, 2011, Plaintiff Linden Investment Trust filed an action for fraud, quiet title, and accounting as a result of certain alleged misdeeds related to the real property located at 13809 Carpintero Avenue, Bellflower, California, 90706.  The same day, Plaintiff recorded a notice of pendency of action, or a lis pendens, on the Carpintero property. (Def.'s Request for Judicial Notice ("RJN") Ex. H.)  Defendant U.S. Bank, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-8, now specially appears to expunge the lis pendens under California Code of Civil Procedure sections 405.30, 405.31 and 405.32.

A plaintiff asserting a real-property claim may record a lis pendens to give notice to others that litigation has been initiated that may affect title to or possession of the property described in the notice. *Federal Deposit Ins. Corp. v. Charlton*, 17 Cal. App. 4th 1066, 1069 (Ct. App. 1993) (citing Cal. Code Civ. Proc. §§ 405.2, 405.4, 405.20). California Code of Civil Procedure section 405.31 directs courts to "order the notice expunged if the court finds that the pleading on which the notice is based does not contain a real property claim."

Here, the Court granted U.S. Bank's unopposed motion to dismiss on October 18, 2011. (ECF No. 12.) On May 23, 2012, following Plaintiff's failure to amend its Complaint within 20 days, the Court dismissed Plaintiff's action with prejudice for lack of prosecution. Because the operative complaint has been dismissed with prejudice, Plaintiff has alleged no real-property claim (or any other claim). The Court therefore **GRANTS** U.S. Bank's motion.

The Notice of Pendency of Action Plaintiff Linden Investment Trust recorded in the Los Angeles County Recorder's Office on February 2, 2011, as Instrument Number 20110184392, and pertaining to the parcel of real property commonly known as 13809 Carpintero Avenue, Bellflower, California 90706, A.P.N. 6280-028-011, and more specifically described as Lot 204 of Tract 14826, in the City of Bellflower, County of Los Angeles, State of California as per Map recorded in Book 372, Pages 30-34, inclusive of Maps of the Record in the Office of the County Recorder of said County, is hereby **EXPUNGED**.

**IT IS SO ORDERED.**

August 10, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**